UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theresa Brooke,<br><br>Plaintiff,<br><br>v.<br><br>Grand Pacific Carlsbad LLP,<br><br>Defendant. | Case No.:  3:20-cv-1212-CAB-MSB<br><br>**DISMISSAL WITH PREJUDICE** |

Upon consideration of the parties' joint stipulation to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.**  This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

It is **SO ORDERED**.

Dated:  October 22, 2020

Hon. Cathy Ann Bencivengo
United States District Judge